80 P.3d 1001

# SUPREME COURT OF HAWAIʻI

**December 5, 2003**

| | | |
|---|---|---|
| 24024 | Life of the Land v. Just in Time Foods, Inc. | Affirmed |

**December 10, 2003**

| | | |
|---|---|---|
| 23009 | Li v. Estate of Pershing | Affirmed |

**December 12, 2003**

| | | |
|---|---|---|
| 22784 | Heath v. Hawaii Dept. of Labor and Indus. Relations, Unemployment Ins. Div. | Reversed |

**December 15, 2003**

| | | |
|---|---|---|
| 25658 | State v. Allison | Remanded |
| 24582 | State v. Brunson | Affirmed |

**December 18, 2003**

| | | |
|---|---|---|
| 25462 | Jas. W. Glover, Ltd. v. Derrick Concrete Cutting & Const., Ltd. | Affirmed |
| 24419 | Hutch v. State | Affirmed |

**December 19, 2003**

| | | |
|---|---|---|
| 24913 | Jane Doe, In re | Affirmed |

**December 26, 2003**

| | | |
|---|---|---|
| 22140 | McClaverty v. Liberty Mut. Ins. Co. | Affirmed |

**December 29, 2003**

| | | |
|---|---|---|
| 22610 | Casino v. State, Dept. of Health | Affirmed |

**December 30, 2003**

| | | |
|---|---|---|
| 25008 | State v. Marzan | Affirmed |
| 25014 | State v. Takeda | Affirmed |